# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HOLLI LAWTON AND WILLIAM
LAWTON

NO.   2022 CW 0426

**APRIL 25, 2022**

---

In Re:   William Lawton, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         201114901.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY DENIED; WRIT DENIED.**

                              **JMG**
                              **WRC**

     **Holdridge, J.,** concurs and would deny the writ on the
showing made.

COURT OF APPEAL, FIRST CIRCUIT

_α·S~_
DEPUTY CLERK OF COURT
     FOR THE COURT